United States District Court
Southern District of Texas
FILED

DEC 28 2022

Nathan Ochsner, Clerk

United States District Court
Southern District of Texas
**ENTERED**
December 28, 2022
Nathan Ochsner, Clerk

STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NUMBER |
| VS. | ) | |
| | ) | M-21-1930 |
| DERRICK TERELLE SANKEY | ) | |

### O R D E R

Came on to be considered Defendant Derrick Terelle Sankey's Unopposed Motion for Leave and Motion for Continuance of Pre-Trial and Jury Selection Dates which are unopposed by the Government, and the Court after considering said motions finds that the failure to grant the Defendant's Motions for Continuance would be likely to make a continuation of such proceeding impossible or result in a miscarriage of justice and is of the opinion that said motions should be granted.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the Motions for Continuance of Defendant, Derrick Terelle Sankey are hereby GRANTED, and this case is continued for the reasons stated above.

It is further ORDERED that the Final Pretrial previously set for January 3, 2023, is hereby reset for March 6, 2023, at 9:30 a.m., and Jury Selection previously set for January 4, 2023, is hereby set to March 7, 2023, at 9:30 a.m., in the Eleventh Floor

Courtroom, Bentsen Tower, 1701 West Business Highway 83, McAllen, Texas.

The Clerk shall send a copy of this order to the Defendant, his counsel, and counsel for the Government.

DONE on this 28th day of December, 2022, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE