United States District Court
Southern District of Texas
**ENTERED**
April 21, 2023
Nathan Ochsner, Clerk

STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NUMBER |
| VS. ) | |
| ) | M-21-1930 |
| DERRICK TERELLE SANKEY ) | |

O R D E R

Came on to be considered Defendant Derrick Terelle Sankey's Unopposed Motion for Continuance of Pretrial and Jury Selection Dates, which is unopposed by the Government, and the Court after considering said motion finds that the failure to grant the Defendant's Motion for Continuance would be likely to make a continuation of such proceeding impossible or result in a miscarriage of justice and is of the opinion that said motion should be granted.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the Motion for Continuance of Defendant, Derrick Terelle Sankey is hereby GRANTED and this case is continued for the reasons stated above.

It is further ORDERED that the Final Pretrial previously set for May 1, 2023 is hereby reset for August 7, 2023, at 9:30 a.m., and Jury Selection previously set for May 2, 2023 at 9:30 a.m. is hereby reset to August 8, 2023 at 9:30 a.m., in the Eleventh Floor

Courtroom, Bentsen Tower, 1701 West Business Highway 83, McAllen, Texas.

The Clerk shall send a copy of this order to the Defendant, his counsel, and counsel for the Government.

DONE on this 21st day of April, 2023, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE